**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUNG PHAM,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>KRISTI NOEM, et al.<br><br>　　　　Respondents. | Case No.: 5:25-cv-03373-MEMF-PD<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO EXTENDED BRIEFING SCHEDULE [DKT. NO. 12]** |

　　　On December 24, 2025, the parties filed a stipulation to extend the briefing schedule as to the Court's Order to Show Cause as to why a preliminary injunction should not be issued. Dkt. No. 12.

　　　The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. Respondents' brief shall be filed on or before Wednesday, December 31, 2025, at 5 PM;
2. Petitioner may file a response brief on or before Friday, January 9, 2026, at 5 PM; and

3. The temporary restraining order shall remain in effect through this Court's decision on the preliminary injunction.

**IT IS SO ORDERED.**

DATE: January 9, 2026

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE